FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ NOV 20 2009
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ALPHONSE PECOU,

                Plaintiff,

-against-

FORENSIC COMMITTEE PERSONNEL, et. al.,

                Defendants.
----------------------------------------------------------X

**ORDER**
06 CV 3714 (SJF)(LB)

**BLOOM, United States Magistrate Judge:**

By letter dated October 23, 2009, plaintiff states he has been waiting five months for a decision on his case. See docket entry 53. Plaintiff believes that this is an unusual amount of time. Although the Court makes every effort to decide motions expeditiously, because of the high volume of cases in this district, many cases have pending motions for more than five months. The Court assures plaintiff that he will be notified when a decision is made on the motion in his case.

SO ORDERED.

                                             LOIS BLOOM
                                             United States Magistrate Judge

Dated: November 19, 2009
       Brooklyn, New York

